```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DENNIS J. HANNA
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RAYMOND J. ALBIANI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CASE NO. **2:06-CV-01213-DAD**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |
|---|---|

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner of Social Security, by and through the Office of Disability Adjudication and Review (ODAR), has agreed to accept a remand of the above-captioned case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new hearing and decision.

1         Upon remand, ODAR will remand this case to a different
2    Administrative Law Judge (ALJ) to re-evaluate the credibility of
3    Plaintiff's subjective complaints in accordance with the
4    regulations and Social Security Ruling (SSR) 96-7p and take into
5    consideration the third-party questionnaires provided by
6    Plaintiff's wife.  The ALJ will also be directed to re-contact
7    the treating and examining sources as necessary and address all
8    medical opinions in accordance with the regulations and SSR
9    96-5p.  In addition, the ALJ will be directed to re-determine
10   Plaintiff's mental RFC, taking into consideration all evidence of
11   record.  In light of the drop in verbal IQ scores from 2003 to
12   2004 (Tr. 149, 282), medical expert evidence will be obtained to
13   clarify the nature and severity of Plaintiff's mental impairment.
14   Finally, the ALJ will propound hypothetical questions, based on
15   all the evidence of record, and reflecting all of Plaintiff's
16   exertional and non-exertional limitations, to a vocational
17   expert.
18        It is further stipulated that the administrative decision
19   giving rise to this action is hereby vacated and that the Clerk
20   of this Court shall be directed to enter a separate judgment
21   herein, as provided for under Rules 58 and 79(a) of the Federal
22   Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509
23   U.S. 292, 113 S. Ct. 2625 (1993).
24   / / /
25   / / /
26   / / /
27
28   ALBIANI v. Barnhart
     Stip & Order of Remand (Sentence 4)
     2:06-cv-01213-DAD                    2

DATE: 1/2/07

*[signature]*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

DATE: 1/2/2007

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: *[signature]*
DENNIS J. HANNA
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ALBIANI v. Barnhart
Stip & Order of Remand (Sentence 4)
2:06-cv-01213-DAD

<u>ORDER</u>

This matter is remanded pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

IT IS SO ORDERED.

DATED: January 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.socsec/albiani1213.stipord.remand

ALBIANI v. Barnhart
Stip & Order of Remand (Sentence 4)
2:06-cv-01213-DAD

4